IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )        1:10cr144-MHT
                              )            (WO)
BARTOLO RAYMOND HERNANDEZ     )
```

## ORDER

Upon consideration of the Retroactivity Screening Panel's recommendation (doc. no. 74), the court has concerns about the Panel's conclusion. As defendant Bartolo Raymond Hernandez would benefit from counsel to represent him on this matter, it is ORDERED that the clerk of the court is to arrange for the appointment of counsel for defendant Hernandez.

DONE, this the 28th day of October, 2015.

　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE