IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        1:10cr144-MHT
                            )            (WO)
BARTOLO RAYMOND HERNANDEZ   )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.

In its recommendation entered October 28, 2015, the Panel stated that "no change is recommended because defendant did not receive a guideline sentence." However, this court disagrees. The defendant's previous sentence of 86 months was based on the then-applicable guideline range, but reflected a

downward variance.  Pursuant to U.S.S.G. § 1B1.10(b)(2) cmt. no. 3 and <u>United States v. Withrow</u>, 508 F. App'x 859, 863 (11th Cir. 2013), this court has the authority to reduce a sentence that, for reasons other than the defendant's substantial assistance, fell below the original guideline range to a sentence within but not below the amended guideline range.

Both the government and the defendant agree that a six-month reduction to 80 months, which falls within the amended guideline range, is appropriate in this case.

Although the Panel made no recommendation as to whether any of the public-safety and post-sentencing conduct factors outlined in U.S.S.G. § 1B1.10 cmt. no. 1 might warrant the court's consideration in determining whether a reduction in the defendant's term of imprisonment is appropriate, all parties have concluded and the court accordingly finds that no such

2

issues exist in this case.

\* \* \*

Upon consideration of the recommendation of the Retroactivity Screening Panel, and after an independent and de novo review of the record, it is ORDERED, pursuant to 18 U.S.C. § 3582(c)(2), that defendant Hernandez's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 86 months is reduced to 80 months.

DONE, this the 9th day of November, 2015.

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**